IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

    Defendant.

## ORDER OF COMMITMENT TO ATTORNEY GENERAL TO DETERMINE PROBABILITY OF ATTAINING CAPACITY AND/OR FOR PURPOSE OF IMPROVING MENTAL CONDITION

**Michael E. Hegarty, United States Magistrate Judge**.

This matter was before the Court on June 29, 2012 for purposes of reviewing the court-ordered report of Defendant's mental competency. Dr. David E. Morrow, Ph.D., Forensic Psychologist, determined that Defendant "is currently suffering from a mental disease or defect rendering him unable to understand the nature and consequences of the proceedings against him or properly assist in his defense." I personally witnessed evidence of this conclusion during several hearings. Defendant presented no contrary evidence or argument. Based on this report and my personal observations, I find by a preponderance of the evidence that the standard in 18 U.S.C. § 4241(d) has been met, and I am required to commit the Defendant to the custody of the Attorney General who shall hospitalize Defendant for treatment in a suitable facility for not more than four months, to determine whether there is a substantial probability that Defendant will, in the foreseeable future, attain capacity to permit these proceedings to go forward.

    SO ORDERED.

DATED and ENTERED this 2nd day of July, 2012, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge