IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 18, 2012.**

    This matter comes before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Status Conference currently scheduled in this case for July 24, 2012 at 9:00 a.m. is **vacated and rescheduled** to **Thursday, July 26, 2012 at 9:00 a.m.** All other aspects of this Court's June 29, 2012 minute order remain in effect.