IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 29, 2013.**

    Pursuant to the Court's January 28, 2013 order, the evidentiary hearing originally scheduled for January 29, 2013 is **rescheduled** to **Wednesday, February 12, 2013 at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.