IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 06-cr-00484-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS CARLISLE HINRICHS,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 31, 2013.**

    Pursuant to a conference call with counsel for the parties this afternoon, the evidentiary hearing originally scheduled for February 12, 2013is **rescheduled** to **Monday, March 4, 2013 at 10:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The conference call scheduled for February 1, 2013 is hereby **vacated**.